AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**
**4:54 pm Feb 12 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

United States of America
v.
Jamale A. Stewart

*Defendant(s)*

Case No. 3:26MJ5056

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 11, 2026 in the county of Lucas in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute Cocaine |
| Title 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Mark Hoffert, HSI Special Agent

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: February 12, 2026

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge

*Printed name and title*